**Order entered June 13, 2022**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-22-00265-CV

**ROBERT HENDRICKS, Appellant**

**V.**

**AMERICAN ZURICH INSURANCE COMPANY, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-06258**

**ORDER**

Before the Court are appellant's June 8, 2022 motion to be considered for inclusion in the Pro Bono Program and motion for extension of time to file his brief. We note inclusion in the Pro Bono Program is determined by the Dallas Volunteer Attorney Program. To be considered, a party must complete section XIV of the docketing statement. Appellant has filed a docketing statement but omitted that section. Accordingly, we **GRANT** the motion to be considered to the extent that we **DIRECT** the Clerk of the Court to mail appellant a paper copy of

the docketing statement along with a paper copy of the Pro Bono Program Pamphlet.

To allow time for appellant to be considered for the Pro Bono Program, which, based on the Pamphlet may take up to forty-five days, we **GRANT** the extension motion and **ORDER** the brief be filed no later than August 18, 2022.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE